THE TAX LIEN COMPANY OF NEW YORK, Respondent, *v.*
MARY E. BIRD, Appellant.

*Tax Lien Co. of New York* v. *Bird*, 163 App. Div. 957, affirmed.
(Submitted May 4, 1917; decided May 22, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered August 6, 1914, affirming a judgment in favor of
plaintiff entered upon a decision of the court on trial at
Special Term in an action to foreclose a transfer of tax
lien brought pursuant to the provisions of the charter of
the city of New York, as amended by chapter 490 of the
Laws of 1908. The defense was that there was no ade-
quate description of the property subject to the tax assess-
ments or tax lien and as a counterclaim the answer
alleged facts amounting to a plea of title in fee and of an
unjust adverse claim by plaintiff and prayed affirmative
judgment, barring the plaintiff, respondent, from all claim
or assertion of title to said property under the transfer of
tax lien set forth in the complaint, upon the ground that
the tax lien and transfer thereof were void and invalid.

*John H. Rogan* and *G. Arnold Moses* for appellant.

*August Weymann* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND,
CRANE and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.